## 65424. SAYRE v. THE STATE.

BANKE, Judge.

The appellant's probation was revoked by order of the trial court dated August 23, 1982, and filed August 25, 1982. The notice of appeal was filed on October 6, 1982. *Held:*

"A notice of appeal must be filed within thirty days after entry of the appealable judgment or within thirty days after the entry of an order disposing of a motion for new trial. Code Ann. § 6-803 (a) [OCGA § 5-6-38]. The time for filing such notice may be extended once by the court for an additional thirty days. Code Ann. § 6-804 [OCGA § 5-6-39]." *Neal v. State,* 232 Ga. 96 (205 SE2d 284) (1974). In this case no extension was obtained; and consequently we are without jurisdiction to consider the appeal. See *Jordan v. Caldwell,* 229 Ga. 343 (191 SE2d 530) (1972).

*Appeal dismissed. Deen, P. J., and Carley, J., concur.*

DECIDED JANUARY 27, 1983.

Linda Diane Sayre, *pro se.*

*Lewis R. Slaton, District Attorney, Joseph J. Drolet, Benjamin H. Oehlert III, Assistant District Attorneys,* for appellee.